# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GENEVA LANGWORTHY,

          Plaintiff,                 Case Number: 2:24-cv-13118

                                              Honorable Brandy R. McMillion

v.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MICHIGAN,

          Defendant.

_____/

## OPINION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

On November 21, 2024, Plaintiff Geneva Langworthy ("Langworthy") filed a *pro se* Complaint alleging violations of the Fourteenth Amendment of the United States Constitution. ECF No. 1. However, she failed to pay the filing fee or file an application to proceed without the prepayment of fees. The Court notified Langworthy of this deficiency, requesting that it be corrected before December 6, 2024. ECF No. 3. As of the date of this Order, 41 days have passed, the deficiency still has not been corrected, and the time for doing so has expired. Additionally, Langworthy has not responded to the Court's order or requested additional time to do so.

Accordingly, the Complaint is **DISMISSED WITHOUT PREJUDICE**. Langworthy may file a new complaint under a new case number provided she pays the filing and administrative fees or files the necessary documentation to proceed without prepayment of fees.

**IT IS SO ORDERED**.

Dated: January 2, 2025                   s/Brandy R. McMillion
      Detroit, Michigan                BRANDY R. MCMILLION
                                   United States District Judge